UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

::::::::::::::::::::::::::::::::::::::::::::::::::::
IN RE: :
: CASE NO. 5-17-00968
**James E. McNulty and** :
**Michelle McNulty** :
       Debtors : CHAPTER 7
::::::::::::::::::::::::::::::::::::::::::::::::::::

**DEBTORS' ANSWER TO THE MOTION OF
FOR RELIEF FROM THE AUTOMATIC STAY UNDER §362**

Debtors James E. McNulty and Michelle McNulty, through their undersigned counsel, hereby respond to the Motion for Relief from the Automatic Stay filed by Quicken Loans, Inc. as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied. Strict proof of the averments are required at the time of trial.

5. Denied. Strict proof of the averments are required at the time of trial.

6. Denied. Strict proof of the averments are required at the time of trial.

7. Denied. Strict proof of the averments are required at the time of trial.

8. Denied. Strict proof of the averments are required at the time of trial.

9. Denied. Strict proof of the averments are required at the time of trial.

**WHEREFORE,** the Debtors, James E. McNulty and Michelle M. McNulty, respectfully request that this Honorable Court enter an Order denying the Relief requested by Quicken Loans, Inc. and for such other and further relief is just and appropriate.

Respectfully submitted,

**CONWAY LAW OFFICES, P. C.**

/s/ Mark J. Conway
MARK J. CONWAY (ID #59114)
502 S. Blakely Street
Dunmore, PA 18512
Phone (570) 343-5350
Fax (570) 343-5377

Attorney for Debtors

DATED: July 17, 2017

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

::::::::::::::::::::::::::::::::::::::::::::::::::
IN RE: :
: CASE NO. 5-17-00968
James E. McNulty and :
Michelle McNulty :
     Debtors : CHAPTER 7
::::::::::::::::::::::::::::::::::::::::::::::::::

## CERTIFICATE OF SERVICE

I, Amy L. Marta, Paralegal hereby certify that I caused a true and correct copy of the foregoing Answer to the Motion for Relief From Automatic Stay Under §362 to be served via e-mail to the following:

John J. Martin, Esq.
Chapter 7 Trustee
1022 Court Street
Honesdale, PA 18431
trusteemartin@martin-law.net

United States Trustee's Office
P.O. Box 969
Harrisburg, PA 18701-0969
ustpregion03.ha.ecf@usdoj.gov

James C. Warmbrodt, Esq.
KML Law Group, P.C.
701 Market Street, Ste. 5000
Philadelphia, Pa 19106
jwarmbrodt@kmllawgroup.com

**CONWAY LAW OFFICES, P.C.**

/s/ Amy L. Marta
Amy L. Marta, Paralegal
502 S. Blakely Street
Dunmore, PA 18512
Phone (570) 343-5350
Fax (570) 343-5377

DATED: July 17, 2017

Case 5:17-bk-00968-JJT    Doc 26    Filed 07/17/17    Entered 07/17/17 13:11:26    Desc
Main Document    Page 3 of 3